IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.

JAMIE LEE WAMBLES

INDICTMENT

4:13cr25-RH

_____/

THE GRAND JURY CHARGES:

## COUNT ONE

On or about December 17, 2012, in the Northern District of Florida, the defendant,

**JAMIE LEE WAMBLES,**

did knowingly and willfully engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, and will take place, which activity would constitute a violation of Chapters 10 and 113B of Title 18, United States Code, that is, the unlawful use and threatened use of a weapon of mass destruction involving a biological agent and toxin.

In violation of Title 18, United States Code, Section 1038(a)(1)(A).

## COUNT TWO

On or about December 18, 2012, in the Northern District of Florida, the defendant,

**JAMIE LEE WAMBLES,**

did knowingly and willfully engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, and will take place, which activity would constitute a violation of Chapters 10 and 113B of Title 18, United States Code, that is, the unlawful use and threatened use of a weapon of mass destruction involving a biological agent and toxin.

In violation of Title18, United States Code, Section 1038(a)(1)(A).

## COUNT THREE

Between on or about December 20, 2012, and on or about December 24, 2012, in the Northern District of Florida, the defendant,

**JAMIE LEE WAMBLES,**

did knowingly and willfully engage in conduct with intent to convey false and misleading information under circumstances where such information may reasonably be believed and where such information indicates that an activity has taken, is taking, and will take place, which activity would constitute a violation of Chapter 113B of Title 18, United States Code, that is, the unlawful use and threatened use of a weapon of mass destruction involving a destructive device.

In violation of Title18, United States Code, Section 1038(a)(1)(A).

## COUNT FOUR

On or about January 7, 2013, in the Northern District of Florida, the defendant,

**JAMIE LEE WAMBLES,**

knowingly did cause to be delivered by the United States Postal Service a written communication addressed to a Federal law enforcement officer, namely a Special Agent of the Bureau of Investigation, containing a threat to injure another person, namely, that the defendant would follow through on a prior threat and would bomb the United States District Courthouse in Tallahassee, Florida, and use an explosive device that contained 110 gallons of ammonium nitrate.

In violation of Title 18, United States Code, Section 876(c).

A TRUE BILL:

_[REDACTED]_
FOREPERSON

3/5/2013
DATE

_[signature]_
PAMELA C. MARSH
United States Attorney

_[signature]_
JAMES M. USTYNOSKI
Assistant United States Attorney

3